IN THE SUPREME COURT OF TEXAS








IN THE SUPREME COURT OF TEXAS
 
════════════
No. 06-0653
════════════
 
In re Mary Louise Watkins, 
M.D., Relator
 
 
════════════════════════════════════════════════════
On Petition for Writ of Mandamus
════════════════════════════════════════════════════
 
 
Chief Justice 
Jefferson, joined by Justice O’Neill, concurring.
            
I join the Court’s opinion but write separately to elaborate upon the 
report that was served in this case. The report was written by a physician 
specializing in treatment of the eyes. He states that he treated Jones for 
injuries sustained after acetic acid was splashed into Jones’s right eye during 
a procedure at Dr. Watkins’s office for a facial lesion. The report notes that 
Jones suffered an epithelial defect and corneal stromal scar, and it discusses the “high likelihood of 
permanent scarring” Jones faced. It describes a course of treatment with the eye 
specialist (including a separate visit to a cornea specialist), and concludes 
that while Jones’s situation was stable, he suffered a corneal scar in the right 
eye.
 
            
___________________________________
            
Wallace B. Jefferson
            
Chief Justice
 
 
OPINION 
DELIVERED:         January 23, 
2009